**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-6199**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JERMAINE ANTONIO ARMSTRONG,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Florence. Terry L. Wooten, Senior District Judge.  (4:04-cr-00634-TLW-1)

Submitted:  July 25, 2024                                    Decided:  August 23, 2024

Before WILKINSON, GREGORY, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jermaine Antonio Armstrong, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jermaine Antonio Armstrong appeals the district court's order and amended judgment granting his motion for a sentence reduction under § 404(b) of the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194  and reducing his sentence to 336 months' imprisonment and denying his motion for reconsideration.  Armstrong asserts that the court erred by increasing his sentence for the covered offense while reducing the overall sentence.  We need not address Armstrong's assertion because the court also stated an alternate sentence that does not raise the same issues.  Thus, even if there was error, the error is harmless in light of the alternate sentence.  Accordingly, we affirm the district court's orders and amended judgment.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*